1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY ELL SHEHEE,                    1:14-cv-01412-LJO-BAM

12                 Plaintiff,
                                             ORDER GRANTING APPLICATION
13          v.                               TO PROCEED IN FORMA PAUPERIS

14    AUDREY KING, et al.,
                                             (ECF No. 2)
15                 Defendants.

16

17

18          Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C.

19    § 1983.

20          In the instant action, Plaintiff filed an application to proceed in forma pauperis.

21    Examination of these documents reveals that Plaintiff is unable to afford the costs of this action.

22    Accordingly, the motion to proceed in forma pauperis is GRANTED.

23
      IT IS SO ORDERED.
24

25       Dated:   **October 3, 2014**           /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28
                                             1